No. 04-1207
File Name: 05a0545n.06
Filed: June 24, 2005

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

LINDA GILBERT, et al.,
        Plaintiffs-Appellants,

             ORDER

        v.

JOHN D. FERRY, JR., et al.,
        Defendants-Appellees.

_____/

        BEFORE:  BOGGS, Chief Circuit Judge; KENNEDY and MARTIN, Circuit Judges.

        Plaintiffs have filed a motion to suspend the rules, expedite the appeal filed in *Fieger v. Ferry*, No. 05-1295, consolidate that case with the instant appeal, vacate the district court judgment in that case and the panel decision in *Gilbert v. Ferry*, No. 04-1207, remand both cases to the district court for reconsideration in light of *Exxon Mobil Corporation v. Saudi Basic Industries Corporation,* 544 U.S. _____, March 30, 2005, and remand both cases with instructions to re-open discovery so Plaintiffs-Appellants may produce evidence that one or more of the exceptions to *Younger* abstention apply to *Gilbert* and *Fieger.*

        The motion to consolidate the appeal filed in *Fieger* with the instant appeal and to remand the consolidated cases is denied in light of our decision this day in *Gilbert*.

        The motions to remand *Fieger* for further discovery and to expedite the appeal are denied without prejudice and may be raised before the panel assigned to that appeal.

                  ENTERED BY ORDER OF THE COURT

                  _____

                       Leonard Green, Clerk